SEDGWICK, DETERT, MORAN & ARNOLD LLP
MICKI S. SINGER  Bar No. 148699
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
CHRYSLER LLC

FILED

DEC 0 6 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
             DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| NICANOR LOPEZ JIMENEZ aka NICANOR JIMENEZ LOPEZ, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>DAIMLERCHRYSLER CORPORATION, a Delaware Corporation; ABC DEALERSHIP, a business entity unknown; ROE SEAT BELT COMPANY, a business entity unknown; and DOES 1 through 100 inclusive,<br><br>Defendants. | CASE NO. 1:07-CV-01180-LJO-DLB<br><br>**STIPULATION FOR REMAND AND [PROPOSED] ORDER THEREON**<br><br>HON. LAWRENCE J. O'NEILL |

The parties by and through their attorneys of record, as set forth below, hereby stipulate and agree as follows:

1. On May 23, 2007, an action was commenced in the Superior Court of the State of California in and for the County of Tulare, entitled, *Nicanor Lopez Jimenez aka Nicanor Jimenez Lopez v. DaimlerChrysler Corporation, ABC Dealership, ROE Seatbelt Company and DOES 1 through 100 inclusive*, Case Number 07223847.

2. On August 14, 2007, defendant Chrysler LLC removed the above-entitled action to this Court pursuant to 28 U.S.C. § 1441(b) and 28 U.S.C. § 1446(a).

-1-

3.  Due to a misunderstanding regarding defendant's corporate structure at the time of removal, the parties hereby stipulate to remand this action to the Superior Court of California, County of Tulare.

DATED: December 5, 2007   LAW OFFICE OF FEDERICO CASTELAN SAYRE


By: _____/s/_____/
Kent M. Henderson
Attorneys for Plaintiff
NICANOR LOPEZ JIMENEZ

DATED: December 5, 2007   SEDGWICK, DETERT, MORAN & ARNOLD LLP


By: _____/s/_____/
Micki S. Singer
Attorneys for Defendant
CHRYSLER LLC

Case 1:07-cv-01180-LJO-DLB   Document 6   Filed 12/06/07   Page 3 of 3

## ORDER

Based on the stipulation of the parties, this matter is hereby remanded to the Superior Court of California, County of Tulare, Case Number 07223847.

**SO ORDERED.**

DATED: December 6, 2007

_____
Honorable Lawrence J. O'Neill
United States District Court Judge